UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Jorge Saraceno

Case No.: 20-16798
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __September 15, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
2 Nimitz Place,
Sayreville, New Jersey
valued at $200,000.00

Liens on property:  State Farm Bank, $255,358.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:  Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.:  (908) 322-8484

*rev.8/1/15*

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 20-16798-CMG
Jorge Saraceno                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3       User: admin              Page 1 of 2       Date Rcvd: Aug 17, 2020
                           Form ID: pdf905          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db            +Jorge Saraceno,    26 Gibraltar Court,    Barnegat, NJ 08005-2518
cr            +Jersey Central Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
518842415     +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518842417     +Cbna,   Attn: Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518842420     +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                St Louis, MO 63179-0034
518842421      Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
518842422     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                St Louis, MO 63179-0034
518842423     +Equifax,    POB 740241,   Atlanta, GA 30374-0241
518842424     +Experian,    475 Anton Blvd,   Costa Mesa, CA 92626-7037
518842425      Fifth Third Bank,    Attn: Bankruptcy,   Maildrop RCSB3E 1830 E Paris Ave SE,
                Grand Rapids, MI 49546
518842427     +Jersey Central Fcu,    Po Box 661,   Cranford, NJ 07016-0661
518842428     +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
518842429     +Pnc Mortgage,    Attn: Bankruptcy,   Po Box 8819,    Dayton, OH 45401-8819
518842430     +Raritan Bay Fcu,    491 Raritan St,   Sayreville, NJ 08872-1442
518842435     +Wells Fargo Bank NA,    Attn: Bankruptcy,   1 Home Campus Mac X2303-01a,
                Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2020 00:30:05      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2020 00:30:03      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518842414     +E-mail/Text: bankruptcycare@affinityfcu.com Aug 18 2020 00:29:24
                Affinity Federal Credit Union,    Attn: Bankruptcy,   73 Mountainview Boulevard,
                Basking Ridge, NJ 07920-2332
518842416     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 00:33:15      Capital One,
                Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518842419     +E-mail/Text: bankruptcy.notifications@fisglobal.com Aug 18 2020 00:30:19      Chex System,
                7805 Hudson Road,    suite 100,   Saint Paul, MN 55125-1703
518842426     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 18 2020 00:29:21      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
518842418      E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 18 2020 00:32:36      Chase Card Services,
                Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850
518842431     +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Aug 18 2020 00:29:34
                State Farm Bank,    Attn: Bankrupcty,   Po Box 2327,   Bloomington, IL 61702-2327
518842432     +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 00:33:10      Synchrony Bank,
                Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
518842663     +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 00:33:11      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518842433     +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 00:33:08      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
518842434      E-mail/Text: DASPUBREC@transunion.com Aug 18 2020 00:28:47      TransUnion,
                555 W. Adams Street,   Chicago, IL 60661
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 17, 2020
                              Form ID: pdf905            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              Allison J. Kiffin    on behalf of Creditor   Jersey Central Federal Credit Union
               collections@peterliska.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Michelle  Labayen    on behalf of Debtor Jorge  Saraceno michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```