**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jorge Saraceno | Social Security number or ITIN  xxx–xx–3210 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–16798–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jorge Saraceno

9/4/20

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                      Case No. 20-16798-CMG
Jorge Saraceno                                                              Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2           Date Rcvd: Sep 04, 2020
                               Form ID: 318                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db             +Jorge Saraceno,    26 Gibraltar Court,    Barnegat, NJ 08005-2518
cr             +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
                 Tinton Falls, NJ 07724-3001
cr             +Jersey Central Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
cr             +STATE FARM BANK, F.S.B,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518842417      +Cbna,    Attn: Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518842421       Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
518842423      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
518842424      +Experian,   475 Anton Blvd,    Costa Mesa, CA 92626-7037
518842425       Fifth Third Bank,    Attn: Bankruptcy,   Maildrop RCSB3E 1830 E Paris Ave SE,
                 Grand Rapids, MI 49546
518842427      +Jersey Central Fcu,    Po Box 661,    Cranford, NJ 07016-0661
518842428      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
518842429      +Pnc Mortgage,    Attn: Bankruptcy,    Po Box 8819,    Dayton, OH 45401-8819
518842430      +Raritan Bay Fcu,    491 Raritan St,   Sayreville, NJ 08872-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 23:52:55     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 23:52:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518842414      +E-mail/Text: bankruptcycare@affinityfcu.com Sep 04 2020 23:52:31
                 Affinity Federal Credit Union,    Attn: Bankruptcy,    73 Mountainview Boulevard,
                 Basking Ridge, NJ 07920-2332
518842415      +EDI: AMEREXPR.COM Sep 05 2020 03:18:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
518842416      +EDI: CAPITALONE.COM Sep 05 2020 03:18:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518842419      +E-mail/Text: bankruptcy.notifications@fisglobal.com Sep 04 2020 23:53:14      Chex System,
                 7805 Hudson Road,    suite 100,    Saint Paul, MN 55125-1703
518842420      +EDI: CITICORP.COM Sep 05 2020 03:18:00      Citibank,   Citicorp Credit Srvs/Centralized Bk dept,
                 Po Box 790034,    St Louis, MO 63179-0034
518842422      +EDI: CITICORP.COM Sep 05 2020 03:18:00      Citibank/The Home Depot,
                 Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,    St Louis, MO 63179-0034
518842426      +EDI: IRS.COM Sep 05 2020 03:18:00     Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518842418       EDI: JPMORGANCHASE Sep 05 2020 03:18:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
518842431      +EDI: STFM.COM Sep 05 2020 03:18:00      State Farm Bank,    Attn: Bankrupcty,   Po Box 2327,
                 Bloomington, IL 61702-2327
518842432      +EDI: RMSC.COM Sep 05 2020 03:18:00      Synchrony Bank,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
518842663      +EDI: RMSC.COM Sep 05 2020 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518842433      +EDI: RMSC.COM Sep 05 2020 03:18:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518842434       E-mail/Text: DASPUBREC@transunion.com Sep 04 2020 23:51:47      TransUnion,
                 555 W. Adams Street,    Chicago, IL 60661
518842435      +EDI: WFFC.COM Sep 05 2020 03:18:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
                                                                                                TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Sep 04, 2020
                              Form ID: 318             Total Noticed: 29
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:

```
          Allison J. Kiffin    on behalf of Creditor    Affinity Federal Credit Union
           collections@peterliska.com
          Allison J. Kiffin    on behalf of Creditor    Jersey Central Federal Credit Union
           collections@peterliska.com
          Denise E. Carlon    on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Michelle   Labayen    on behalf of Debtor Jorge   Saraceno michelle@labayenlaw.com,
           silvia@labayenlaw.com;giovanna@labayenlaw.com
          Robert   Davidow    on behalf of Creditor    STATE FARM BANK, F.S.B nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```